123 A.3d 728

IN THE MATTER OF CHERI WILLIAMS ROBINSON, AN ATTORNEY AT LAW (ATTORNEY NO. 002562001).

October 21, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–034, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **CHERI WILLIAMS ROBINSON** of **EAST NORRITON, PENNSYLVANIA,** who was admitted to the bar of this State in 2001, and who has been temporarily suspended from the practice of law since July 6, 2015, by Order the Court filed June 4, 2015, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to return the $2,350.00 retainer in the *Thomas* matter within thirty days;

And good cause appearing;

It is ORDERED that **CHERI WILLIAMS ROBINSON** is hereby reprimanded; and it is further

ORDERED that respondent shall return the $2,350.00 retainer to the client in the *Thomas* matter within thirty days after the filing date of this Order; and it is further

ORDERED that **CHERI WILLIAMS ROBINSON** shall remain suspended from the practice of law pending her compliance with the outstanding fee arbitration determination in District Docket No. IV–2014–0058F and pays the sanction of $500 to the Disciplinary Oversight Committee, as ordered on June 4, 2015 (D–123–14; 076015), and until the further Order of the Court, and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.